## MISENHEIMER v. MISENHEIMER

No. 368PA83.

Case below: 62 N.C. App. 706.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 2 February 1984.

## NEWS & OBSERVER v. STATE; CO. OF WAKE v. STATE; MURPHY v. STATE

No. 1PA84.

Case below: 65 N.C. App. 576.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 February 1984.

## ROPER v. J. P. STEVENS & CO.

No. 620P83.

Case below: 65 N.C. App. 69.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 February 1984.

## SASSER v. BECK

No. 601P83.

Case below: 65 N.C. App. 170.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 February 1984.

## STATE v. ALEXANDER

No. 585P83.

Case below: 65 N.C. App. 221.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984.